Mark H. Lipton, State Bar No. 51010
Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
Lois H. Chang, State Bar No. 278146
NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: Liptonapc@aol.com
Rgrosboll@neyhartlaw.com
Blunch@neyhartlaw.com
Lchang@neyhartlaw.com

**Attorneys for Plaintiffs**
**SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, FRAN MCDERMOTT, Trustee, FRANK ALBERT, Trustee; SOLANO-NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; and KEVIN COLEMAN, Trustee**

Clarissa A. Kang, State Bar No. 210660
Dylan D. Rudolph, State Bar No. 278707
TRUCKER HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel. (415) 788-3111
Fax (415) 421-2017
E-mails: CKang@truckerhuss.com
DRudolph@truckerhuss.com

**Attorneys for Defendant**
**KAISER FOUNDATION HEALTH PLAN, INC.**

GRANTED
Judge Yvonne Gonzalez Rogers
10/19/17

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, FRAN MCDERMOTT, Trustee, FRANK ALBERT, Trustee; SOLANO-NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; and KEVIN COLEMAN, Trustee, <br><br> Plaintiffs, <br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., A California Corporation; <br><br> Defendant. | Case No. 16-cv-06947 YGR <br><br> **STIPULATION FOR DISMISSAL** <br><br> **[FRCP 41]** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

{30340.814.DOCX}  -1-

## **STIPULATION FOR DISMISSAL**

The parties stipulate and agree, by and through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled case be dismissed with prejudice. Except as may be agreed by the parties, each party shall bear his or its own attorney's fees and costs.

Dated: October 18, 2017　　　　　NEYHART, ANDERSON, FLYNN & GROSBOLL APC

　　　　　　　　　　　　　　　　By: ‎ /s/ Benjamin K. Lunch
　　　　　　　　　　　　　　　　BENJAMIN K. LUNCH
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: October 18, 2017　　　　　TRUCKER HUSS, APC

　　　　　　　　　　　　　　　　By: ‎ /s/ Clarissa A. Kang
　　　　　　　　　　　　　　　　CLARISSA A. KANG
　　　　　　　　　　　　　　　　Attorneys for Defendant